■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS VARNUM, Also Known as LOUIS PARMES, Appellant. ▬

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Titone, J. P., Thompson, O'Connor and Rubin, JJ., concur.